# Exhibit A

Case 1:23-cv-04146-VSB   Document 8-3   Filed 08/01/23   Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  COMMERCIAL DIVISION PART 03M

------------------------------------------------------------------------------------X

FRANK GARCIA, ALLISON KELLY

                         Plaintiffs,

              - v -

ERIC YOUNG, SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP,

                    Defendants.

------------------------------------------------------------------------------------X

| | |
|---|---|
| **INDEX NO.** | 652089/2021 |
| **MOTION DATE** | 06/16/2021 |
| **MOTION SEQ. NO.** | 002 |

**DECISION + ORDER ON MOTION**

HON. JOEL COHEN:

The following e-filed documents, listed by NYSCEF document number (Motion 002) 11, 12, 13, 14, 16

were read on this motion to _____ DISMISS _____.

      Upon the foregoing documents, and for the reasons stated on the record following oral

argument on September 23, 2021, it is

      **ORDERED** that Defendants' motion to dismiss is GRANTED, and the Clerk is directed

to enter judgment dismissing the First Amended Complaint with prejudice; and it is further

      **ORDERED** that the parties upload a copy of the transcript of the proceedings to

NYSCEF upon receipt.

      This constitutes the Decision and Order of the Court.

20210923152524MCOHANG27A0FF8552D4A0AAC9SD175EDF27970

| **9/23/2021** | | **JOEL COHEN, J.S.C.** |
|---|---|---|
| DATE | | |

| | | | | | |
|---|---|---|---|---|---|
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | |
| | X | GRANTED | ☐ DENIED | GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ | INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

652089/2021   GARCIA, FRANK vs. YOUNG, ESQ., ERIC
Motion No.  002

Page 1 of 1

1 of 1