**Law Office**
*Jonathan E. Neuman*
176-25 Union Turnpike
Fresh Meadows, NY
(347) 450-6710
FAX (718) 228-

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  8/10/2023
>
> Based on the Parties' representations, it does not appear that the scheduling order directed by Fed. R. Civ. P. 16(b) would be productive at this time. Accordingly, I shall delay the formulation of a scheduling order until after my resolution of the pending motion to dismiss.

**Jonathan E. Neuman, Esq.**
**Attorney & Counselor at Law**

Leslie Martin, Esq.
Of Counsel

August 8, 2023

Hon. Vernon S. Broderick, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

          Re:    Garcia v. Bilotta
                Civ. A. No. 1:23-cv-04146-VSB

Honorable Judge Broderick:

    This office represents Plaintiff in the above-captioned matter. The Court's Initial Pretrial Scheduling Order states that the parties should submit a proposed scheduling order together with the initial letter to the Court describing the case. In light of Defendant's pending motion to dismiss, the parties were wondering if the Court still wants a proposed scheduling order?

    We thank the Court for its courtesies and consideration.

                                     Respectfully submitted,

                                     Jonathan E. Neuman, Esq.