```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANK GARCIA,                                               :
                                                            :
                            Plaintiff,                      :
                                                            :        23-CV-4146 (VSB)
            - against -                                     :
                                                            :             ORDER
OSWALD BILOTTA,                                             :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 25, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, each party is hereby ORDERED to submit an affidavit stating their state of citizenship by August 1, 2025. For both Plaintiff Frank Garcia and Defendant Oswald Bilotta, the affidavit should state where he is domiciled, whether he has any intention to move to a different state in the future, what state his driver's license or identification card is issued by, and where he is registered to vote, if anywhere.

SO ORDERED.

Dated: July 25, 2025
      New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge