# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

---

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

5 BECKER FARM ROAD
ROSELAND, N.J.  07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

October 1, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

      Re:     <u>*Garcia v. Bilotta*, **Civil Action No. 1:23-cv-4146 (S.D.N.Y) (VSB)**</u>

Dear Judge Broderick:

      I am counsel for Defendant, Oswald Bilotta ("Defendant") in the above-referenced matter, and I write respectfully to request an additional one-week extension of time—until Wednesday, October 8, 2025—in connection with the Court's September 10, 2025 order (ECF No. 38, at 20) directing the filing of an affidavit setting forth certain information pertaining to the Defendant's sanctions motion (which Court's September 10th Order granted in part). The Court previously granted Defendant a one-week extension (until today) of the deadline to file that affidavit.  *See* ECF No. 40.

      The parties and their counsel have reached an agreement in principle to resolve the issues underlying the Court's sanctions order.  To that end, we believe that a limited extension would assist the parties and their counsel in formulating a proposed stipulation and order for the Court's consideration.  Counsel for Plaintiff Frank Garcia has consented to this request.  Accordingly, we respectfully request an additional one-week extension of the deadline—until Wednesday, October 8, 2025—to file a proposed stipulation and order.

October 1, 2025  
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,  
OLSTEIN, BRODY & AGNELLO, P.C.

*/S/ James E. Cecchi*  
James E. Cecchi

cc: All Counsel (via ECF)

APPLICATION GRANTED  
SO ORDERED  _____  
VERNON S. BRODERICK  
U.S.D.J.    10/2/2025