UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FRANK GARCIA, :
:
                Plaintiff, :
: 23-CV-4146 (VSB)
    - against - :
: **ORDER**
:
OSWALD BILOTTA, :
:
                Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of the parties' letter dated October 7, 2025 informing the Court that the parties had reached a settlement in principle and that the parties would be filing a proposed stipulation and order. (Doc. 43.) The parties are directed to file a joint letter updating the Court on the status of negotiations or a proposed stipulation and order by Wednesday, October 29, 2025.

SO ORDERED.

Dated: October 21, 2025
      New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge