UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :
FRANK GARCIA,                                        :
                                                     :
                                Plaintiff,           :
                                                     :              23-CV-4146 (VSB)
              - against -                            :
                                                     :                 **ORDER**
OSWALD BILOTTA,                                      :
                                                     :
                                Defendant.           :
                                                     :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On April 9, 2026 at approximately 1:46 p.m. E.T., Plaintiff Frank Garcia left a voicemail in the chambers inbox. Plaintiff indicated that he is now proceeding *pro se*. This case has been dismissed. (Doc. 38.) Plaintiff's counsel and Defendant reached an agreement that no fees would be sought pursuant to a stipulation, (Doc. 45), which I so ordered on October 31, 2025, (Doc. 46). "Civil pro se litigants must send all communications with the Court to the Pro Se Intake Unit by mail to 500 Pearl Street, Room 205, New York, NY 10007 or by email to ProSe@nysd.uscourts.gov." Individual R. & Prac. in Civ. Cases 1(A). I cannot provide legal advice to litigants, but Plaintiff may contact the *pro se* office concerning procedural issues related to the case or apply for assistance with the Pro Se Clinic, concerning legal issues related to the case, including issues related to the filing of an appeal of my Opinion & Order. The Pro Se Clinic can be reached at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

SO ORDERED.

Dated:  April 10, 2026
         New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge